IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>ANGELA SCHERER,<br><br>                 Defendant. | 8:15CR270<br><br>ORDER` |

This matter is before the Court on Plaintiff's Motion to Dismiss (Filing No. 155) the Petition for Offender Under Supervision (Filing No. 142) and the Amended Petition for Offender Under Supervision (Filing No. 152).

The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The United States' Motion is granted and the Petition for Offender Under Supervision (Filing No. 142) and the Amended Petition for Offender Under Supervision (Filing No. 152) are dismissed.

Dated this 23rd day of February, 2023.

BY THE COURT:

ROBERT F. ROSSITER, JR.
Chief, United States District Judge