**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

_United State_
Plaintiff,

vs.

_Angela Scherer_
Defendant.

CASE NO. _15 CR 270_

**WAIVER OF PRELIMINARY HEARING**

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

_____        7/27/2023
Defendant                                   Date

_____        7/27/2023
Attorney for Defendant               Date

**ORDER**

**IT IS ORDERED** that the defendant's waiver is hereby accepted, and the defendant shall appear for future proceedings.

DATED this ___27___ day of ___July___, 2023.

BY THE COURT:

_Susan M Bazis_
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT