IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>ANGELA SCHERER,<br><br>　　　　　　　Defendant. | 8:15CR270<br><br>**ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION** |

　　　　The defendant appeared before the Court on October 13, 2023 regarding Second Amended Petition for Offender Under Supervision [169].  Deborah Cunningham represented the defendant. Martin Conboy represented the government.  The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

　　　　The government made an oral motion to dismiss Amended Petition for Offender Under Supervision [161].  The government's oral motion to dismiss Amended Petition for Offender Under Supervision [161] is granted without objection.

　　　　The defendant freely, knowingly, intelligently, and voluntarily waived the right to a preliminary hearing.  Fed. R. Crim. P. 32.1(b)(1)(A).  The Court finds probable cause as alleged in the petition to believe the defendant violated the terms of supervised release and the defendant should be held to answer for a final dispositional hearing.  Fed. R. Crim. P. 32.1(b)(1)(C).  The defendant shall appear personally for a final dispositional hearing before Chief U.S. District Judge Robert F. Rossiter, Jr. in Courtroom No. 4, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 10:30 a.m. on November 29, 2023.

　　　　　The Defendant filed a motion for release and the government did not object to the proposed release plan.  The defendant shall be released on Tuesday, October 17, 2023 on the current terms and conditions of supervision.  The United States Marshals shall transport Defendant on October 17, 2023 from Douglas County Corrections to the Roman Hruska Courthouse by 9:00 a.m. to be released after processing to her mother, Glenda Scherer, who shall directly transport the defendant to the Stephen Center HERO Program.  A separate order will be issued.

　　　　**IT IS SO ORDERED**.

　　　　Dated this 13th day of October, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

2

s/ Susan M. Bazis
United States Magistrate Judge